# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAHMIR SHANE DE'LAPARA,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| v. | : | |
| **J. RIVELLO, et al.,** | : | **NO. 24-4198** |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 13th day of June, 2025, upon review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF 11), there being no timely objection thereto, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DISMISSED** as untimely; there is <u>no</u> basis for the issuance of a certificate of appealability.

                                                          **BY THE COURT:**

                                                          s/ **WENDY BEETLESTONE**

                                                          **WENDY BEETLESTONE, J.**